STATE of Missouri, Respondent,

v.

Paul M. HONEYCUTT, Appellant.

No. WD 53417.

Missouri Court of Appeals,
Western District.

June 16, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court July 28, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

PER CURIAM.

Appellant was convicted of first degree murder and armed criminal action. The sole point on appeal pertains to the ruling of the trial court denying a continuance after presentation of conflicting evidence as to the competency of the defendant to stand trial because of mental illness or defect. Affirmed. Rule 30.25(b).